UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN KING HOWELL, IV,

      Plaintiff,

    v.                                 Case No. 2:25-CV-1083-KCD-NPM

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant,

                                     /

## ORDER

Plaintiff John King Howell, IV, sued to challenge the Defendant Commissioner of Social Security's decision denying his application for Supplemental Security Income under 42 U.S.C. § 405(g). Howell neither signed the complaint himself nor provided his address, e-mail address, or phone number—all in violation of Federal Rule of Civil Procedure 11. (*See* Doc. 1). The Court consequently directed him to "file an amended complaint that comports with all" of Rule 11's requirements by February 23, 2026. (Doc. 6 at 2.) And it warned that his "failure to fully comply with this order or timely seek relief from it may result in a dismissal of the action without prejudice and without further notice." (*Id*.) The deadline has now passed without any response from Howell.

Ignoring the Court's order is grounds for dismissal. *See Coleman v. St. Lucie Cnty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff, in response to an order to show cause, fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962); *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985).

Howell was warned his case would be dismissed if he did not file an amended complaint or seek relief. His inaction warrants dismissal. Accordingly, it is now **ORDERED**:

1. Howell's complaint is **DISMISSED without prejudice** for failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on March 2, 2026.

Kyle C. Dudek
United States District Judge

2